**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

## INITIAL APPEARANCE - REMOVAL

| | |
|---|---|
| United States of America, | COURT MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: SHANNON G. ELKINS |
| v. | U.S. MAGISTRATE JUDGE |
| Tyler Shawn Alwan, | Case No: 25-mj-151 SGE |
| Defendant. | Date: March 24, 2025 |
| | Courthouse: St. Paul |
| | Courtroom: Devitt Courtroom |
| | Time Commenced: 2:10 p.m. |
| | Time Concluded: 2:13 p.m. |
| | Time in Court: 3 minutes |

APPEARANCES:

    Plaintiff: Robert Lewis, Assistant U.S. Attorney
    Defendant: Lisa Lopez, Assistant Federal Public Defender
        X FPD        X To be appointed

    X Advised of Rights

on    X Supervised Release
X Date charges or violation filed: March 19, 2025
X Current Offense: Submitted several positive urinalysis.
X **Charges from other District:** Southern District of Iowa
X Title and Code of underlying offense from other District: 21:841(a)(1), 841(b)(1)(B), 846; Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing Cocaine.
X Case no: 1:19-cr-26 SMR/HCA

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is Thursday, March 27, 2025 at 3:00 p.m. before U.S. Magistrate Judge Shannon G. Elkins in Devitt Courtroom (STP) for:
X Detention hrg    X Removal hrg    X Preliminary Revocation

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                                  s/*nah*
                                                            Signature of Courtroom Deputy